[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1922

UNITED STATES,

Appellee,

v.

ARTHUR J. MOLLO, III,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge] 



Before

Torruella, Chief Judge 
Selya and Stahl, Circuit Judges. 



Richard R. Beauchesne and Peters & Associates, P.A. on brief for 
appellant.
Jay P. McCloskey, United States Attorney, George T. Dilworth and 
Margaret D. McGaughey, Assistant United States Attorneys, on brief for 
appellee.



December 17, 1997


Per Curiam. Upon careful review, we conclude that the 

district court did not err in sentencing appellant under the

Armed Career Criminal Act (ACCA), 18 U.S.C. 924(e)(1). 

Appellant contends that he did not have the requisite

three convictions for offenses committed on "occasions

different from one another," because two of his three

predicate offenses were committed on the same day: on

February 25, 1987, at 8:40 p.m., appellant and an accomplice

attempted to rob a liquor store in Greenwich, Connecticut;

and 30 minutes later on the same date, appellant and the same

accomplice robbed a variety store in Stamford, Connecticut. 

We reject that contention. Those two crimes, committed

at different times against different victims in different

locations, both qualified as predicate offenses for ACCA

purposes. See United States v. Hudspeth, 42 F.3d 1015, 1020- 

22 (7th Cir. 1994).

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-